# Composite Exhibit 1

Int. Cl.: 28

Prior U.S. Cl.: 22

United States Patent and Trademark Office    Reg. No. 1,200,542
Registered Jul. 6, 1982

## TRADEMARK
Principal Register

## TAYLOR MADE

Taylor Made Golf Company, Inc. (Illinois corporation)
39088 W. Elm
McHenry, Ill. 60050

For: GOLF CLUBS, in CLASS 28 (U.S. Cl. 22).
First use Jan. 26, 1979; in commerce Jan. 26, 1979.

Ser. No. 291,094, filed Dec. 29, 1980.

R. ROSS, Primary Examiner

Int. Cl.: 28

Prior U.S. Cl.: 22

United States Patent and Trademark Office

Reg. No. 1,374,009
Registered Dec. 3, 1985

## TRADEMARK
## PRINCIPAL REGISTER

### TAYLOR MADE

TAYLOR MADE GOLF COMPANY, INC. (DELAWARE CORPORATION)
4105 CRYSTAL LAKE RD.
MCHENRY, IL 60050

FOR: GOLF BALLS, GOLF BAGS AND GOLF CLUB HEAD COVERS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 3-9-1979; IN COMMERCE 3-9-1979.

OWNER OF U.S. REG. NO. 1,200,542.

SER. NO. 432,757, FILED 6-30-1983.

ALBIN DROST, EXAMINING ATTORNEY

Int. Cls.: **18, 25 and 28**

Prior U.S. Cls.: **22, 39 and 41**

**United States Patent and Trademark Office**   Reg. No. 1,420,059
Registered Dec. 9, 1986

## TRADEMARK
### PRINCIPAL REGISTER

### TAYLOR MADE

TAYLOR MADE GOLF COMPANY, INC. (DELAWARE CORPORATION)
2440 IMPALA DRIVE
CARLSBAD, CA 92008

FOR: GOLF UMBRELLAS, IN CLASS 18 (U.S. CL. 41).

FIRST USE 8-9-1985; IN COMMERCE 8-9-1985.

FOR: GOLF HATS, VISORS AND GOLF GLOVES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 10-28-1985; IN COMMERCE 10-28-1985.

FOR: GOLF BAG TRAVEL COVERS AND GOLF EQUIPMENT BAGS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 8-1-1985; IN COMMERCE 8-1-1985.

OWNER OF U.S. REG. NOS. 1,200,542 AND 1,374,009.

SER. NO. 574,077, FILED 12-18-1985.

JAMES WALSH, EXAMINING ATTORNEY

Int. Cls.: **18, 25, and 28**

Prior U.S. Cls.: **1, 2, 3, 22, 23, 38, 39, 41, and 50**

**United States Patent and Trademark Office**  Reg. No. 2,557,110
Registered Apr. 2, 2002

## TRADEMARK
### PRINCIPAL REGISTER



TAYLOR MADE GOLF COMPANY, INC. (DELAWARE CORPORATION)
5545 FERMI COURT
CARLSBAD, CA 92008

FOR: GOLF UMBRELLAS, LUGGAGE AND BAGS, NAMELY, NON-CANVAS TOTE BAGS, FOR GOLFERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-8-2000; IN COMMERCE 9-8-2000.

FOR: CLOTHING, NAMELY, HATS, VISORS, CAPS, SHIRTS, SKIRTS, BLOUSES, SWEATERS, SLACKS, SHORTS, JACKETS, COATS, PULLOVERS, CARDIGANS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-8-2000; IN COMMERCE 9-8-2000.

FOR: GOLF EQUIPMENT, NAMELY GOLF CLUBS, GOLF GRIPS, PUTTERS, SHAFTS, GOLF BALLS, GOLF GLOVES, GOLF TEES, GOLF CLUB COVERS, AND GOLF BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-8-2000; IN COMMERCE 9-8-2000.

OWNER OF U.S. REG. NOS. 1,455,320, 1,458,350, AND 1,609,092.

SN 76-024,440, FILED 4-12-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cls.: **18, 25, and 28**

Prior U.S. Cls.: **1, 2, 3, 22, 23, 38, 39, 41, and 50**

**United States Patent and Trademark Office**

Reg. No. 2,557,111
Registered Apr. 2, 2002

## TRADEMARK
### PRINCIPAL REGISTER



TAYLOR MADE GOLF COMPANY, INC. (DELAWARE CORPORATION)
5545 FERMI COURT
CARLSBAD, CA 92008

FOR: GOLF UMBRELLAS, LUGGAGE AND BAGS, NAMELY, NON-CANVAS TOTE BAGS, FOR GOLFERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-8-2000; IN COMMERCE 9-8-2000.

FOR: CLOTHING, NAMELY, HATS, VISORS, CAPS, SHIRTS, SKIRTS, BLOUSES, SWEATERS, SLACKS, SHORTS, JACKETS, COATS, PULLOVERS, CARDIGANS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-8-2000; IN COMMERCE 9-8-2000.

FOR: GOLF EQUIPMENT, NAMELY GOLF CLUBS, GOLF GRIPS, PUTTERS, SHAFTS, GOLF BALLS, GOLF GLOVES, GOLF TEES, GOLF CLUB COVERS, AND GOLF BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-8-2000; IN COMMERCE 9-8-2000.

OWNER OF U.S. REG. NOS. 1,455,320, 1,458,350, AND 1,609,092.

SN 76-024,523, FILED 4-12-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# TWIST FACE

**Reg. No. 5,589,137**
**Registered Oct. 23, 2018**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

Taylor Made Golf Company, Inc. (DELAWARE CORPORATION)
5545 Fermi Court
Carlsbad, CALIFORNIA 92008

CLASS 28: Golf clubs

FIRST USE 2-16-2018; IN COMMERCE 2-16-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FACE"

SER. NO. 87-740,575, FILED 01-02-2018



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,760,446**  
**Registered May 28, 2019**  
**Int. Cl.: 28**  
**Trademark**  
**Principal Register**

Taylor Made Golf Company, Inc.  (DELAWARE CORPORATION)
5545 Fermi Court
Carlsbad, CALIFORNIA 92008

CLASS 28: Golf clubs

FIRST USE 2-16-2018; IN COMMERCE 2-16-2018

The mark consists of "M4" in a stylized format.

SER. NO. 87-740,590, FILED 01-02-2018



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# SPIDER

| | |
|---|---|
| **Reg. No. 6,134,005** | Taylor Made Golf Company, Inc. (DELAWARE CORPORATION)<br>5545 Fermi Court |
| **Registered Aug. 25, 2020** | Carlsbad, CALIFORNIA 92008 |
| **Int. Cl.: 28** | CLASS 28: Golf clubs, golf club head covers, golf club grips, golf club shafts, golf tees, golf bags |
| **Trademark** | FIRST USE 3-1-2008; IN COMMERCE 3-1-2008 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 88-565,029, FILED 08-02-2019 |



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,134,006**

**Registered Aug. 25, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Taylor Made Golf Company, Inc.  (DELAWARE CORPORATION)
5545 Fermi Court
Carlsbad, CALIFORNIA 92008

CLASS 28: Golf clubs, golf club head covers, golf club grips, golf club shafts, golf tees, golf bags

FIRST USE 3-1-2008; IN COMMERCE 3-1-2008

The mark consists of "SPIDER" in a stylized format.

SER. NO. 88-565,108, FILED 08-02-2019



Director of the United States
Patent and Trademark Office

